# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| STEWART SCHMIER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, GEOFFREY E. MOLSON, MARK R. HUNTER, TRACEY I. JOUBERT, PETER J. COORS, ANDREW T. MOLSON, BETTY K. DEVITA, CHARLES M. HERINGTON, DOUGLAS D. TOUGH, FRANKLIN W. HOBBS, H. SANFORD RILEY, IAIN J.G. NAPIER, LOUIS VACHON, MARY LYNN FERGUSON-MCHUGH, BRIAN C. TALBOLT, and ROGER G. EATON<br><br>Defendants. | Case No: 1:19-cv-00898-STV |

## STIPULATION AND [PROPOSED] ORDER STAYING ACTION

WHEREAS, on March 26, 2019, Plaintiff Stewart Schmier ("Plaintiff") filed the above captioned shareholder derivative action (the "Action") on behalf of Nominal Defendant Molson Coors Brewing Company ("Molson Coors" or the "Company");

WHEREAS, the Action alleges claims of breaches of fiduciary and unjust enrichment against Peter H. Coors, Geoffrey E. Molson, Mark R. Hunter, Tracey I. Joubert, Peter J. Coors, Andrew T. Molson, Betty K. DeVita, Charles M. Herington, Douglas D. Tough, Franklin W. Hobbs, H. Sanford Riley, Iain J.G. Napier, Louis Vachon, Mary Lynn Ferguson-McHugh, Brian C. Talbolt, and Roger G. Eaton of Molson Coors (the "Individual Defendants", collectively with

Nominal Defendant Molson Coors, the "Defendants");

WHEREAS, there exist three factually similar federal securities class actions captioned *Segalis v. Molson Coors Brewing Company, et al.*, Case No. 1:19-cv-00455-DME-MEH (D. Colo.), and *Sussberg v. Molson Coors Brewing Company, et al.*, Case No. 1:19-cv-00514-KLM (D. Colo.), and *Mathes v. Molson Coors Brewing Company, et al.*, Case No. 1:19-cv-01162 (N.D. Ill.) (the "Securities Class Actions") currently pending;

WHEREAS, the plaintiffs in the Securities Class Actions have filed motions to consolidate and for the appointment of a lead plaintiff on April 16, 2019;

WHEREAS, following consolidation and the appointment of a lead plaintiff, a consolidated complaint will be filed or designated in the Securities Class Actions, and the defendants in the Securities Class Actions intend to move to dismiss that complaint;

WHEREAS, the allegations in the Action arise from the same or substantially similar facts, occurrences and transactions as those in the Securities Class Actions; and

WHEREAS, the Parties believe that that the efficient prosecution of the Action will be served by staying the Action pending a ruling on the defendants' motion to dismiss in the Securities Class Actions.

Now, therefore, the Parties hereto stipulate and the Court ORDERS as follows:

1. The Action is stayed against all Defendants until entry of an order resolving the anticipated motion to dismiss in the related Securities Class Action. To the extent that the court in the Securities Class Actions grants the defendants' motion to dismiss without prejudice and allows plaintiffs leave to amend, the above-captioned action will remain stayed pending a decision on any motion to dismiss the amended complaint in the Securities Class Actions.

2.  The Parties agree that if a plaintiff in any related derivative lawsuit refuses to agree to a stay under similar terms, Plaintiff may request that the Court lift the agreed stay upon ten (10) days' notice in writing.

3.  In the event that Defendants agree to produce, or are ordered to produce by a court of competent jurisdiction, any documents pursuant to an inspection request related to the facts and circumstances at issue in this Action made pursuant to Delaware law (8 Del. C § 220) by any holder or beneficial owner of Molson Coors stock, copies of such documents shall be provided to Plaintiff's counsel within ten (10) business days of Defendants' production, subject to the execution by Plaintiff of a confidentiality agreement governing the use and disclosure of these materials.

4.  The Parties agree that during the pendency of this stay, Defendants shall use best efforts to include Plaintiff in any formal mediation with the plaintiff in the Securities Actions and shall use best efforts to include Plaintiff in any formal mediation with any plaintiff in any related derivative lawsuit and discuss their potential participation with the parties in interest.

5.  To the extent the court in the Securities Class Action denies defendants' motion to dismiss and the case proceeds to discovery, Defendants will provide Plaintiff with copies of the documents produced by Defendants in the Securities Class Actions. The Parties also agree that Defendants will provide Plaintiffs with copies of those documents produced in the Securities Class Action by any other party or any non-party that have not been designated confidential by the producing party or non-party (in whole or in part) under any confidentiality agreement or order filed in the Securities Class Actions. If a producing party (other than Defendants) or non-party does elect to designate as confidential under any confidentiality agreement or order filed in the Securities Class Actions any of the documents he, she or it produces, then Defendants shall request

3

of each such party or non-party permission to provide such information to Plaintiffs pursuant to the terms of any confidentiality agreement or order governing the documents produced in the Securities Class Actions. Notwithstanding the foregoing, Plaintiff reserves his rights to seek any such documents in the Action.

6. Within thirty (30) days of the termination of the stay, the parties shall meet and confer concerning a schedule for further proceedings and, should an agreement be reached, the parties will submit a joint proposed schedule for the Court within thirty (30) days of the termination of the stay.

Dated: April 29, 2019

**BURG SIMPSON ELDREDGE HERSH & JARDINE PC**

*s/Meghan C. Quinlivan*

Meghan C. Quinlivan
40 Inverness Drive East
Englewood, CO 80112
Telephone: (303) 792-5595
Facsimile: (303) 708-0527
Email: MQuinlivan@burgsimpson.com

**THE WEISER LAW FIRM, P.C.**
Robert B. Weiser
Brett D. Stecker
James M. Ficaro
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: (610) 225-2677

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Dr., Ste. 300
Berwyn, PA 19312
Telephone: (484) 324-6800

*Counsel for Plaintiff*

**DECHERT LLP**

*s/ Joni Jacobsen*

David H. Kistenbroker
Joni Jacobsen
Angela Liu
35 West Wacker
Suite 3400
Chicago, IL 60601
Telephone: (312) 646-5813
Facsimile: (312) 646-5883
Email**:** joni.jacobsen@dechert.com
           angela.liu@dechert.com

*Counsel for Defendants*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____  _____

Scott T. Varholak
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

  The undersigned counsel hereby certifies that on this day a copy of the foregoing document was filed with the Court's CM/ECF system, which served the same on all counsel of record.

Dated: April 29, 2019

                      *s/Meghan C. Quinlivan*