IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 19-cv-00898-PAB-STV

STEWART SCHMIER, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

MOLSON COORS BREWING COMPANY,
PETER H. COORS,
GEOFFREY E. MOLSON,
MARK R. HUNTER,
TRACEY I. JOUBERT,
PETER J. COORS,
ANDREW T. MOLSON,
BETTY K. DEVITA,
CHARLES M. HERINGTON,
DOUGLAS D. TOUGH,
FRANKLIN W. HOBBS,
H. SANFORD RILEY,
IAIN J.G. NAPIER,
LOUIS VACHON,
MARY LYNN FERGUSON-MCHUGH,
BRIAN C. TALBOLT, and
ROGER G. EATON,

    Defendants.
_____

**ORDER**
_____

    This matter comes before the Court upon the parties' Stipulation and [Proposed] Order Staying Action [Docket No. 9].

    Having reviewed the matter and being fully advised in the premises, the Court finds that this case should be administratively closed subject to reopening for good cause shown pursuant to D.C.COLO.LCivR 41.2. However, to the extent that the

parties have stipulated to conditions that will govern the parties' conduct while the case is administratively closed, the Court will not include those conditions in the order. Moreover, the parties should understand that, while the case is administratively closed, they will be unable to seek the Court's intervention to compel other parties to comply with the stipulation.  Therefore, it is

**ORDERED** that the Stipulation and [Proposed] Order Staying Action [Docket No. 9] is **GRANTED IN PART** and **DENIED IN PART**.  It is further

**ORDERED** that this case is administratively closed pursuant to D.C.COLO.LCivR 41.2, subject to being reopened for good cause shown.  It is further

**ORDERED** that if no party files a stipulation to dismiss the case or a motion to reopen the case on or before November 1, 2019, this case will be dismissed with prejudice without further notice to the parties and without further action by the Court.

DATED June 5, 2019.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
Chief United States District Judge